**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-2285**

———————

GIEDAY BAHILU,

                                 Petitioner,

     versus

JOHN ASHCROFT, Attorney General,

                                 Respondent.

———————

On Petition for Review of an Order of the Board of Immigration Appeals. (A75-363-095)

———————

Submitted:  May 28, 2004           Decided:  June 25, 2004

———————

Before WIDENER, MICHAEL, and KING, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Oti W. Nwosu, Arthur D. Wright, III, THE WRIGHT LAW NETWORK, Washington, D.C., for Petitioner.  Peter D. Keisler, Assistant Attorney General, Linda S. Wernery, Senior Litigation Counsel, John D. Williams, OFFICE OF IMMIGRATION LITIGATION, Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gieday Bahilu, a native and citizen of Ethiopia, petitions for review of an order of the Board of Immigration Appeals ("Board") denying her motion to reconsider its previous order denying her motion to reopen immigration proceedings. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying Bahilu's motion to reconsider. See 8 C.F.R. § 1003.2(a) (2003) (setting forth standard of review). Accordingly, we deny the petition for review on the reasoning of the Board. See In re: Bahilu, No. A75-363-095 (B.I.A. Sept. 26, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED